US00D716064S

(12) **United States Design Patent**
George, II et al.

(10) Patent No.:     **US D716,064 S**
(45) Date of Patent:     ** **Oct. 28, 2014**

(54) **MILANO CHAIR**

(71) Applicants: **Daniel C. George, II**, Grand Rapids, MI (US); **Matthew Jung**, Ada, MI (US)

(72) Inventors: **Daniel C. George, II**, Grand Rapids, MI (US); **Matthew Jung**, Ada, MI (US)

(73) Assignee: **Comfort Research, LLC**, Grand Rapids, MI (US)

(**) Term:     **14 Years**

(21) Appl. No.: **29/490,244**

(22) Filed:     **May 8, 2014**

(51) **LOC (10) Cl.** .................................................. **06-01**
(52) **U.S. Cl.**
USPC ........................................................ **D6/334**
(58) **Field of Classification Search**
USPC ............ D6/334, 335, 336, 379, 381; 297/94, 297/118, 232, 445.1, 448.1, DIG. 7
See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D173,389 | S | * | 11/1954 | Sherman | ........................ D6/334 |
| D227,835 | S | * | 7/1973 | Kublemann | ................... D6/364 |
| D228,595 | S | * | 10/1973 | Korch | ........................ D6/334 |
| 3,899,210 | A | * | 8/1975 | Samhammer et al. | ..... 297/448.2 |
| D239,795 | S | * | 5/1976 | Barnard | ..................... D6/334 |
| D242,964 | S | * | 1/1977 | Haynes, Sr. | ................ D6/377 |
| D243,045 | S | * | 1/1977 | Haynes, Sr. | ................ D6/377 |
| D243,047 | S | * | 1/1977 | Haynes, Sr. | ................ D6/377 |
| D244,071 | S | * | 4/1977 | Haynes, Sr. | ................ D6/377 |
| D246,492 | S | * | 11/1977 | Roset | ........................ D6/334 |
| D248,520 | S | * | 7/1978 | Haynes, Sr. | ................ D6/377 |
| D248,699 | S | * | 8/1978 | Haynes, Sr. | ................ D6/377 |
| D248,701 | S | * | 8/1978 | Haynes, Sr. | ................ D6/377 |
| D249,104 | S | * | 8/1978 | Haynes, Sr. | ................ D6/377 |
| D252,782 | S | * | 9/1979 | Roset | ........................ D6/334 |
| D257,087 | S | * | 9/1980 | Roset | ........................ D6/334 |
| D262,676 | S | * | 1/1982 | Roset | ........................ D6/334 |
| D265,027 | S | * | 6/1982 | Meyers | ...................... D6/334 |
| D280,365 | S | * | 9/1985 | Hopfer | ...................... D6/334 |
| D287,551 | S | * | 1/1987 | Lewis | ........................ D6/334 |
| D395,759 | S | * | 7/1998 | Smith | ........................ D6/334 |
| D399,350 | S | * | 10/1998 | Hudson et al. | .............. D6/334 |
| D431,914 | S | * | 10/2000 | Lewis | ........................ D6/334 |
| D577,158 | S | * | 9/2008 | Song | ...................... D30/118 |
| D596,414 | S | * | 7/2009 | Natuzzi | ..................... D6/334 |
| D596,862 | S | * | 7/2009 | Paulin | ...................... D6/334 |
| D600,029 | S | * | 9/2009 | Paulin | ...................... D6/334 |
| D628,400 | S | * | 12/2010 | Duchaufour Lawrance | .. D6/334 |
| D628,404 | S | * | 12/2010 | Duchaufour Lawrance | .. D6/381 |
| D635,375 | S | * | 4/2011 | Duchaufour Lawrance | .. D6/381 |

* cited by examiner

*Primary Examiner* — Sandra Snapp
(74) *Attorney, Agent, or Firm* — King & Partners, PLC

(57)     **CLAIM**
The ornamental design for a Milano chair, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a Milano chair showing, in particular, the ornamental design thereof.
FIG. **2** is a front end view of the Milano chair of FIG. **1**.
FIG. **3** is a rear end view of the Milano chair of FIG. **1**.
FIG. **4** is a left side view of the Milano chair of FIG. **1**.
FIG. **5** is a right side view of the Milano chair of FIG. **1**.
FIG. **6** is a top plan view of the Milano chair of FIG. **1**; and,
FIG. **7** is a bottom plan view of the Milano chair of FIG. **1**.

**1 Claim, 7 Drawing Sheets**



Exhibit A



Figure 1



Figure 2



Figure 3



Figure 4



Figure 5

Exhibit A



Figure 6



Figure 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-902-254

**Effective date of
registration:**

April 22, 2014

## Title

**Title of Work:** Big Joe Milano 1.0

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** June 1, 2013         **Nation of 1st Publication:** United States

## Author

- **Author:** Comfort Research, LLC

  **Author Created:** photograph(s)

  **Work made for hire:** Yes

  **Citizen of:** United States         **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Comfort Research, LLC

1719 Elizabeth Avenue NW, Grand Rapids, MI, 49504, United States

## Rights and Permissions

**Organization Name:** King & Partners, PLC

**Address:** 170 College Avenue

Suite 230

Holland, MI 49423  United States

## Certification

**Name:** William L. King III

**Date:** April 22, 2014

**Applicant's Tracking Number:** COM-141068

Exhibit B



Exhibit B



Exhibit C



302 Fifth Ave,. N.Y. N.Y. 10001
212-643-0680
www.ideanuova.com



Page 2 of Idea Nuova's Sales Brochure Utilizing Comfort Research's Photograph



Comfort Research's Photograph

Exhibit D

# BEANBAG COUCH | CHEVRON FUR
34"H x 30"W x 36"D

BEAN BAG

*The couch is both soft and supportive to keep you comfy for movie nights, gaming or studying.*



PLUM                    BRWON                   BLACK

PRHGC10-09

Registered design and concept by Idea Nuova, Inc. IDEA NUOVA

Exhibit D

**BEANBAGS** | **MICROMINK**
28"H x 28"W x 28"D

**BEAN BAG**



CHEETAH

ZEBRA

PRHGC10-07

Registered design and concept by Idea Nuova, Inc. **IDEA NUOVA**

Exhibit D



Page 5 of Idea Nuova's Sales Brochure Utilizing Comfort Research's Photograph



Comfort Research's Photograph

Exhibit D

# Doted
## Arm Chair | POLY NYLON
### 34"H x 30"W x 36"D

## BEAN BAG



Teal

Pink

Grey

PRHGC10-06

Registered design and concept by Idea Nuova, Inc. **IDEA NUOVA**

Exhibit D



Page 7 of Idea Nuova's Sales Brochure Utilizing Comfort Research's Photograph



Comfort Research's Photograph



Page 8 of Idea Nuova's Sales Brochure Utilizing Comfort Research's Photograph



Comfort Research's Photograph

Exhibit D



Page 9 of Idea Nuova's Sales Brochure Utilizing Comfort Research's Photograph



Comfort Research's Photograph

Exhibit D



Page 10 of Idea Nuova's Sales Brochure Utilizing Comfort Research's Photograph



Comfort Research's Photograph

Exhibit D



Page 11 of Idea Nuova's Sales Brochure Utilizing Comfort Research's Photograph



Comfort Research's Photograph

Exhibit D



# Bean Bags and Ottomans


Exhibit E

# CIRCULAR BEAN LOUNGE CHAIRS



28" W x 32"H x 28"D

COCOON







**Red Beanbag**
(18-1763 TCX)
*with White Piping*

**Lime Beanbag**
(13-0550 TCX)
*with White Piping*

**Black Beanbag**
(19-4007 TCX)
*with White Piping*

PRL450-90

Registered design and concept by **Idea Nuova**

Exhibit E

# URBAN | SHOP

BEANBAG CHAIRS

BEAN CHAIR



PRL2200-272F

Registered design and concept by Idea Nuova, Inc. Idea Nuova

Exhibit E

# URBAN | SHOP

BEAN BAG LOUNGER

34 IN H X 30 IN W X 36 IN D

SEATING

THE BACK AND ARM RESTS PROVIDE SOFT BUT FIRM SUPPORT.
THIS CHAIR IS GREAT FOR ANY ROOM IN THE HOUSE.



PINK

TURQ/PATTERN

NAVY

BLACK

PRL3501-17

Registered design and concept by Idea Nuova, Inc.   Idea Nuova

Exhibit E

# URBAN | SHOP

BEAN BAG CHAIR

SIZE: 40"L x 40"W x 32"H

FUN TWO-TONE COLORS!

SEATING



PINK / PURPLE



TEAL COLOR COMBO



WHITE / BLACK

PR9A561-02

Registered design and concept by Idea Nuova, Inc.    Idea Nuova

Exhibit E



# URBAN|SHOP

## SAUCER BEAN BAG

MEDIUM - 28IN. H x 28IN D
LARGE - 22IN. H x 30IN D

**Black**
with Grey Piping

**Red**
with Navy Piping

**Navy**
with Turq Piping

**Lime**
with Turq Piping

**Turq**
with Lime Piping

**Fuschia**
with Orange Piping

**Purple**
with Pink Piping

PRL3501-36

Registered design and concept by Idea Nuova, Inc. Idea Nuova

Exhibit E



# URBAN SHOP

## DORM CHAIR

26IN. H x 30IN. D x 30IN. W

**Black**
with Grey Piping

**Red**
with Navy Piping

**Navy**
with Turq Piping

**Lime**
with Turq Piping

**Turq**
with Lime Piping

**Fuschia**
with Orange Piping

**Purple**
with Pink Piping

PRL3501-38

Registered design and concept by Idea Nuova, Inc. Idea Nuova

Exhibit E



URBAN | SHOP

BEAN BAG CHAIR

SIZE: 40"L x 40"W x 32"H

SOFT + COZY
NEW SQUARE PROFILIE.

SEATING

NAVY

TURQ

PINK

BLACK

PR9A561-01b

Registered design and concept by Idea Nuova, Inc.   Idea Nuova

Exhibit E

# URBAN | SHOP

HANDKERCHIEF BEAN BAG

SIZE: 36" x 36"
MATERIAL: POLY COTTON

TIE HANDLE MAKES IT EAST
TO PLOP IN THE PERFECT SPOT.

SEATING



PURPLE

PINK

NAVY

GREY

Registered design and concept by Idea Nuovo, Inc.    Idea Nuova

Exhibit E

# URBAN | SHOP

DOTTED ARM CHAIR

34" WIDE X 36" DEEP X 28" HIGH

SEATING



PINK

TEAL

GREY

PR3501-26c

Registered design and concept by Idea Nuova, Inc.   Idea Nuova

Exhibit E

# URBAN | SHOP

CORNER SECTIONAL AND FOOT REST

SEATING

CORNER SECTIONAL:
10IN H X 23IN W X 23IN D

FOOT REST:
28IN H X 28IN W X 28IN D

MATERIAL: MICROFIBER



Navy

Brown

Black

PRL3502-49

Registered design and concept by Idea Nuova, Inc. Idea Nuova

Exhibit E

# Ottomans

# URBAN|SHOP

COLLAPSIBLE OTTOMAN

15IN W x 15IN D x 14.5IN H

OTTOMANS



Purple

Ivory

Paisley

Pink

Zebra

Ikat

PRL2200-421

Registered design and concept by Idea Nuova, Inc. Idea Nuova

Exhibit E



Close-up of Fabric

Registered design and concept by Idea Nuova, Inc.

Idea Nuova

Exhibit E

# URBAN | SHOP

BUFFALO CHECK OTTOMAN

15IN H x 15IN W x 15IN DEPTH

OTTOMANS




PRL2200-511

Registered design and concept by Idea Nuova, Inc.    Idea Nuova

Exhibit E

# URBAN|SHOP

MULTI COLORED FUR COLLECTION

COLLECTION

- Saucer Chair
- Beanbag
- Poof
- Ottoman



Beanbag



Ottoman:
15in x 15in x 15in

Ottoman Poof



Saucer Chair
27in H x 31in W x 29.5in D

PRL2200-521

Registered design and concept by Idea Nuova, Inc.  Idea Nuova

Exhibit E



# URBAN | SHOP

EMBOSSED STORAGE OTTOMANS

15IN H x 15IN W x 15IN D

OTTOMANS



PRL2200-533

Registered design and concept by Idea Nuova, Inc.    Idea Nuova

Exhibit E

# URBAN | SHOP

SQUARE KNIT OTTOMANS

15IN H x 15IN W x 15IN D

OTTOMANS



Navy

Grey

Off White

Burnt Orange

PRL2200-600

Registered design and concept by Idea Nuova. Inc.   Idea Nuova

Exhibit E

# URBAN|SHOP

POLY NYLON STORAGE OTTOMAN



Pink:
18-2333 TPX



Lime:
13-0645 TPX



Turquoise:
17-4735 TPX



Dark Grey



Navy:
19-3938 TPX



Zebra

PRL3502-56

Registered design and concept by Idea Nuovo, Inc.    Idea Nuova

Exhibit E

# URBAN|SHOP

FOLDABLE LAPDESK

FOLDED: 12.4IN. L X 11IN. W X 1.4IN H
OPEN: 22IN. L X 12.4IN. W X 0.7IN H

TOP OF DESKS FOLDS UP AND DOWN!

LAPDESK

CLOSE-UP VIEW



GREAT SIDE POCKET
FOR PENS, PENCILS,
PAPER CLIPS ETC...



Dark Wood
Paper Veneer

Grey

Black

White

PRL2200-601

Registered design and concept by Idea Nuova, Inc. Idea Nuova

Exhibit E

# URBAN|SHOP



POUF OTTOMAN STOOLS

24IN H x 15IN W x 15IN DEPTH

OTTOMANS







PRL2200-812

Registered design and concept by Idea Nuova, Inc.

IDEA NUOVA

Exhibit E

# URBAN|SHOP

PRINTED SQUARE CANVAS POUF

17"W x 17"D x 17"H

POUF



Geo Print                Chevron                Trellis

PRL3501-01

Registered design and concept by Idea Nuovo, Inc.    Idea Nuova

Exhibit E

# URBAN SHOP

TABLET OTTOMAN

16IN H x 16IN W x 26IN D

AWESOME TABLE OTTOMAN
JUST MOUNT YOUR TABLET ONTO THE
OTTOMAN AND ENJOY

OTTOMANS



BLACK LEATHER



BROWN LEATHER



WHITE SHAG

PRL3501-03B

Registered design and concept by Idea Nuova, Inc.   Idea Nuova

Exhibit E

# URBAN SHOP

TABLET OTTOMAN

16IN H x 16IN W x 26IN D

AWESOME TABLE OTTOMAN
JUST MOUNT YOUR TABLET ONTO THE
OTTOMAN AND ENJOY

OTTOMANS







OTTOMAN UPRIGHT

TURN OVER THE LID
IN ORDER TO PLACE
YOUR IPAD

OTTOMAN COLLAPSES
FLAT

PRL3501-03C

Registered design and concept by Idea Nuova, Inc.    Idea Nuova

Exhibit E

# URBAN|SHOP

ANIMAL PRINT OTTOMAN

15"W x 15"D x 15"H

OTTOMAN



Multi Animal



Zebra



Cheetah

PRL3501-05

Registered design and concept by Idea Nuovo. Inc.   Idea Nuova

Exhibit E

# URBAN|SHOP

## EMBOSSED DOUBLE STORAGE OTTOMAN

15IN H x 30IN W x 15IN D



Embossed Croc Ottoman



Embossed Zebra Ottoman

Registered design and concept by Idea Nuova, Inc.    Idea Nuova

Exhibit E

# URBAN|SHOP

PRINTED SQUARE CANVAS POUF

17"W x 17"D x 17"H

POUF



Trellis Black

Trellis Pink

Trellis Grey

Trellis Blue

PRL3501-08

Registered design and concept by Idea Nuova, inc.   Idea Nuova

Exhibit E

# URBAN|SHOP

PRINTED SQUARE CANVAS POUF

17"W x 17"D x 17"H

POUF



Snowflake
Black

Snowflake
Pink

Snowflake
Grey

Snowflake
Blue

PRL3501-09

Registered design and concept by Idea Nuovo, inc.   Idea Nuova

Exhibit E

# URBAN|SHOP

PRINTED SQUARE CANVAS POUF

17"W x 17"D x 17"H

POUF



Suzani Teal



Suzani Plum



Marigold

PRL3501-11

Registered design and concept by Idea Nuova, Inc.  Idea Nuova

Exhibit E

# URBAN | SHOP

ULTRA SUEDE OTTOMAN

14.5IN H x 14.5IN W x 14.5IN D
MATERIAL; ULTRA SUEDE

OTTOMAN



PRL3501-15

Registered design and concept by Idea Nuova, Inc. Idea Nuova

Exhibit E

# URBAN | SHOP

BEAN BAG STRIPED POUF

22IN L X 22 IN W X 14.5 IN H

SEATING



NATUREAL

BLUE

GREY

PR3501-28

Registered design and concept by Idea Nuovo, Inc.

Idea Nuova

Exhibit E

# URBAN|SHOP

SOTRAGE OTTOMAN

14 IN H X 15 IN W X 15 IN D

OTTOMANS



**Pink:**
18-2333 TPX

**Turquoise:**
17-4735 TPX

**Navy:**
19-3938 TPX

**Lime:**
13-0645 TPX

**Dark Grey**

PRL3502-56

Registered design and concept by Idea Nuova, Inc.    Idea Nuova

Exhibit E

# URBAN | SHOP

SOTRAGE OTTOMAN
14 IN H X 15 IN W X 15 IN D

OTTOMANS



**Black:**
*Grey Piping*

**Navy:**
*Turquoise Piping*

**Pink:**
*Coral Piping*

**Dark Grey:**
*Lime Piping*

PRL3501-57

Registered design and concept by Idea Nuova. Inc.

Idea Nuova

Exhibit E

# URBAN | SHOP

STORAGE CHEST W/ OTTOMANS
15 IN H X 15 IN W X 15 IN D



OTTOMANS







PRL3501-58

Registered design and concept by Idea Nuova, Inc. Idea Nuova

Exhibit E

# URBAN | SHOP

STORAGE CHEST

OTTOMANS





PRL3501-59

Registered design and concept by Idea Nuova, Inc.

Idea Nuova

Exhibit E

# URBAN|SHOP

BURLAP & NAIL HEAD OTTOMANS

OTTOMANS




PRL3502-73

Registered design and concept by Idea Nuova, Inc.    Idea Nuova

Exhibit E



2003




## Dorm Bag

Circumference • 116"
Diameter • 37"
Floor Space = 42"x 42"x 40" Tall
Item 74069



## Jr. Bag

Circumference • 94"
Diameter • 30"
Floor Space = 30"x 30"x 30" Tall
Item 77080

## Large Cube



22"x 22" 22"
Item 71074

## Small Cube



18"x 18"x 18"
Item 73030



- Bean Bags are available in all colors (see color page 14).
- Custom embroidery is available on all Bean Bags.



Exhibit F



1525 Gezon Parkway, Suite C, Grand Rapids, MI 49509

High Point Show Room:
Showplace!, Space 4555, High Point, NC 27260

Phone • 616.475.5000
Toll Free • 877.226.2926
Fax • 616.241.5458

www.comfortresearch.com
email • info@comfortresearch.com

© 2003 Comfort Research LLC a rights reserved.
Reproduction of any part of this catalog may be made only with the express
prior written authorization of Comfort Research. Any unauthorized
reproduction of this catalog, in whole or in part, is expressly prohibited.

$5.00

Exhibit F



# Comfort Research

(new) the Green Beans    p3
(new) the Eco Line        p4
Beaniest Collection      p6-16

Exhibit G    $5.00

# QUICK SEARCH

## FUF COLLECTION

1   Welcome page
2   what's a Fuf?
3   Relax Lounger
4   Chillum Chair & Loveseat
5   Zip2gather
6   Gamer Rocker, Video Rocker & Tempo
7   Wedge Chair & S Chair
8   Vegas Chair
9   Tink Chair & Couch
10  Fuf Sports
11  Polyester fiber description
12  Katana Chair
13  Ez Rocker Chair & Loveseat
14  Large, Medium & Throw Pillows
15  Tvisio
16  Fruit & Celestial
17  Fabrics & Colors
18  Fabrics & Colors
19  Fuf Chair spread

## BEANIEST COLLECTION

1   Quick Search
2   Going Green
3   The Green Bean
4   The Eco Line
5   Beaniest Beans description
6   Teardrop, Dorm bag & Puck
7   Kiddie, Basic & Jumbo Bean
8   Reanne & Integra Chair
9   Right Angle Chair
10  Club & Cargo Club Chair
11  Jr Club Chair
12  The Zoid
13  Switch
14  Big Joe, Kong Hand & Baseball Glove
15  Flip Lounger & Small Cube
16  Sports Vinyl
17  Embroidery & Promotions
18  Kirkstan Chair
19  Fuf Chair spread

## THE ORIGINAL FUF

Centerfold

### CHECK OUT OUR SHOWROOMS

High Point Showroom Showplace
Space 2118
211 E Commerce
High Point, NC 27260

World Market Center
Space 930 F
495 Grand Central Parkway
Las Vegas, NV 89106

Also see us at:
The International Housewares show

Our Home:
3860 Roger B. Chaffee SE
Grand Rapids, MI 49548

p 616.475.5000
f 616.241.5458
tf 877.226.2926

info@comfortresearch.com
www.comfortresearch.com

### THANK YOU

Chip and Matt would like to thank you for making Comfort Research a success again this year. We appreciate your business very much. We are looking forward to another fantastic year of great products and new innovation!

3860 Roger B Chaffee SE, Grand Rapids, MI 49548   ph 616.475.5000  fax 616.241.5458 1.877.226.2926   www.comfortresearch.com

Exhibit G



tan twill
070



orange twill
060

# FLIP LOUNGER

P A

Chair style    30x30x30h
Lounger style 53x30x20h
#7500

burnt orange twill
106

# SMALL CUBE

A

16x16x16h
#0730

15

Exhibit G